UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| DELBERT L. KNIGHT | ) | Civil Action No. 4:23-CV-58-JHM |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

**NOTICE OF REMOVAL OF CIVIL ACTION NUMBER 23-CI-00137**
**FROM THE MUHLENBERG CIRCUIT COURT**

\*\*\*\*\*

Comes Defendant, State Farm Mutual Automobile Insurance Company, by counsel, and for its Notice of Removal of this action from the Muhlenberg Circuit Court, Muhlenberg County, Kentucky, to the United States District Court for the Western District of Kentucky at Owensboro, states as follows:

1.       On April 11, 2023, Plaintiff filed a Complaint in the Muhlenberg Circuit Court, Civil Action No. 23-CI-00137.  Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a).  (See **Exhibit "A"**).

2.       Plaintiff is and was at all times relevant hereto, including the time of the commencement of Civil Action No. 23-CI-00137 and the time of the filing of the Notice of Removal, a citizen and resident of the Commonwealth of Kentucky.

3.       Defendant, State Farm Mutual Automobile Insurance Company, is and was at all times relevant hereto, including the commencement of Civil Action No. 23-CI-00137 and the time

of the filing of the Notice of Removal, a company organized under the laws of the state of Illinois and having its principal place of business in the state of Illinois.

4.    This action is one that Defendant, State Farm Mutual Automobile Insurance Company, removes to this Court pursuant to the provisions of 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1441(a) and (b) because this is an action between citizens of different states.

5.    Plaintiff's Complaint states Plaintiff has made a demand to State Farm Mutual Automobile Insurance Company for $250,000.00 in underinsured motorist coverage provided by Plaintiff's policy with State Farm Mutual Automobile Insurance Company.

6.    Plaintiff's demand for an amount that exceeds $75,000.00, satisfies this Court's jurisdictional amount-in-controversy requirement. *See* 28 U.S.C. §1332(a).

7.    This Notice of Removal is filed within thirty (30) days after Defendant, State Farm Mutual Automobile Insurance Company, first ascertained that the case is one that had become removable as required by 28 U.S.C. § 1446(b).

8.    The undersigned hereby affirmatively represents that notification of removal has been filed with the clerk of the Muhlenberg Circuit Court, as required by law.  (See **Exhibit B**). Written notice of the filing of this Notice of Removal will be given to all adverse parties, as required by law.  The trial in this action has not commenced.  Accordingly, Defendant, State Farm Mutual Automobile Insurance Company, hereby removes this action to the United States District Court for the Western District of Kentucky at Owensboro, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

BOEHL STOPHER & GRAVES, LLP

*s/ Richard W. Edwards*
Richard W. Edwards (KBA No. 82607)
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
redwards@bsg-law.com
COUNSEL FOR DEFENDANT, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2023, I electronically filed the foregoing with

the clerk of the court by using the CM/ECF system which will send notice of electronic filing to

the following CM/ECF participants.  It is further certified that a true copy hereof was served by

electronic mail on the following:

David F. Broderick
L. Kreg Romney
BRODERICK & DAVENPORT, PLLC
921 College Street - Phoenix Place
P.O. Box 3100
Bowling Green, KY 42102-3100
Phone: (270) 782-6700
Fax: (270) 783-3100
dbroderick@broderickfirm.com
lromney@broderickfirm.com
COUNSEL FOR PLAINTIFF, DELBERT
KNIGHT

*s/ Richard W. Edwards*
COUNSEL FOR DEFENDANT