UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

DELBERT L. KNIGHT                                                                                          Plaintiff

v.                                                                                   Civil Action No. 4:23CV-58-RGJ

STATE FARM MUTUAL AUTOMOBILE                                                        Defendant
INSURANCE COMPANY

\* \* \* \* \*

**ORDER**

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 32], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

May 7, 2025

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to: Counsel of Record